**AO 10**
*Rev. 1/2014*

# FINANCIAL DISCLOSU...
## FINAL FILIN...

| | |
|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>TSOUCALAS, NICHOLAS | **2. Court or C...**<br><br>U.S. Court |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | **5a. Report T...**<br><br>☐ Nomin...<br>☐ Initial<br><br>**5b.** ☑ A... |

**7. Chambers or Office Address**

One Federal Plaza, Suite 660
New York, NY 10278-0001

***IMPORTANT NOTES:*** *The instructions accomp...*
*checking the NONE box for each part w...*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

## POSITION

1. _____

2.

| Name of Person Reporting | Date of Report |
|---|---|
| **TSOUCALAS, NICHOLAS** | 01/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | New York State Pension | $23,561.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TSOUCALAS, NICHOLAS** | 01/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 01/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Devon Energy | B | Dividend | J | T | | | | | |
| 2. AT&T | B | Dividend | J | T | | | | | |
| 3. Verizon | A | Dividend | J | T | | | | | |
| 4. Comcast | A | Dividend | J | T | | | | | |
| 5. Daimler AG | B | Dividend | K | T | | | | | |
| 6. IBM | A | Dividend | J | T | | | | | |
| 7. Exelon Corp. | A | Dividend | J | T | | | | | |
| 8. AT&T | C | Dividend | K | T | | | | | |
| 9. Vodafone Group | A | Dividend | J | T | | | | | |
| 10. CBS | A | Dividend | J | T | | | | | |
| 11. Fresenius Nat'l Med. Care Holdings Inc. | A | Dividend | J | T | | | | | |
| 12. HSBC (checking) | A | Interest | M | T | | | | | |
| 13. HSBC (savings) | A | Interest | N | T | | | | | |
| 14. Sun Life Ins. & Annuity | A | Distribution | | | Sold | 06/15/16 | J | D | |
| 15. Sun Life Ins. & Annuity | B | Distribution | | | Sold | 06/15/16 | J | D | |
| 16. Chevron Corp. | A | Dividend | J | T | | | | | |
| 17. Viacom Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 01/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sealed Air Corp. | A | Dividend | J | T | | | | | |
| 19. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 20. Capital One Bank - CD | A | Interest | J | T | | | | | |
| 21. Astoria Federal Bank - CD | B | Interest | J | T | | | | | |
| 22. Alma Bank | B | Interest | L | T | | | | | |
| 23. AT & T | B | Dividend | J | T | | | | | |
| 24. A T & T | A | Dividend | J | T | | | | | |
| 25. Vodafone | A | Dividend | J | T | | | | | |
| 26. Vodafone | C | Dividend | J | T | | | | | |
| 27. Comcast | A | Dividend | J | T | | | | | |
| 28. AXA | A | Dividend | J | T | | | | | |
| 29. Century Link | A | Dividend | J | T | | | | | |
| 30. Century Link | A | Dividend | J | T | | | | | |
| 31. Santander Bank (CD) | A | Interest | J | T | | | | | |
| 32. Pershing LLC HSBC A/C | B | Dividend | J | T | | | | | |
| 33. Delaware Life Insurance Annuity | A | Distribution | J | T | Sold (part) | 06/15/16 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 01/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| TSOUCALAS, NICHOLAS | 01/19/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NICHOLAS TSOUCALAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544